UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 23-02001-FWS (JDEx) | Date | December 18, 2025 |
| Title | Michael B. Arouh et al v. GAN Limited et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Rolls Royce Paschal | Sharon Seffens |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| David Michael Medby | Jon G Miller<br>Brianna Leigh Frazier |

**PROCEEDINGS: PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL OF RECORD [65]**

Plaintiff Michael B. Arouh also present via telephonically.

Motion hearing held. The Court hears oral argument from the parties. The Court takes the Motion under submission. Order to issue.

: 26

Initials of Deputy Clerk rrp

cc: